ALSD Local 91 (Rev. 5/18) Criminal Complaint

# UNITED STATES DISTRICT COURT

for the

Southern District of Alabama

United States of America
v.
Cameron Lamark Lewis,
aka "askednreceived"

*Defendant(s)*

Case No. 26-MJ- 332 -N

Filed Under Seal

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of September 26, 2026 in the county of Mobile in the Southern District of Alabama, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 871 | Threats against the President |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

Lydia Blount
*Complainant's signature*

Lydia Blount, Special Agent, FBI
*Printed name and title*

Sworn to before me and attestation acknowledged pursuant to Fed. R. Crim. P. 4.1.

Date: October 2, 2026 12:18 am

*Judge's signature*

City and state: Mobile, Alabama

Katherine P. Nelson, U.S. Magistrate Judge
*Printed name and title*