# AFFIDAFIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Lydia Blount, Special Agent of the Department of Justice, Federal Bureau of Investigation ("FBI"), being first duly sworn, hereby depose and state as follows:

## INTRODUCTION AND AGENT BACKGROUND

1. I make this affidavit, pursuant to Federal Rule of Criminal Procedure 4, in support of an application for a criminal complaint and accompanying arrest warrant for **Cameron Lamark Lewis** ("**Lewis**"). All dates, times, locations, and/or amounts listed in my affidavit are approximations.

2. I am a Special Agent with the FBI and have been so employed since August 2023. I am currently assigned to the Mobile Field Office. I am authorized to investigate alleged violations of federal statutes, including but not limited to those related to international terrorism, domestic terrorism, and other various federal crimes. Based on my training and experience, as well as the training and experience of the special agents and analysts working with me on this case, I am familiar with criminal activity associated with acts of domestic terrorism.

3. The facts and information contained in this affidavit are based upon my personal knowledge, information obtained from other law enforcement officers, and information obtained from interviews and analyses of reports and data. This affidavit is intended to show merely that there is sufficient probable cause for the requested arrest warrant and does not set forth all my knowledge about this matter.

4. Based on my training and experience and the facts as set forth in this affidavit, there is probable cause to believe that a violation of 18 U.S.C. § 871 (Threats against the President) has been committed by **Lewis**.

## PROBABLE CAUSE

5. On September 29, 2026, an intelligence search of social media in anticipation of President Donald J. Trump's visit to the University of South Alabama campus in Mobile, Alabama, on October 2, 2026, was conducted. Two threatening statements made by X account username "@askednreceived," display name "#NotVeryWokeofYou," were discovered on the social media platform X. On September 26, 2026, "#NotVeryWokeofYou" posted, "niggas gon remember the University of South Alabama the same way they remember Utah Valley University" and "IF YALL CAN **** Q50 YOU CAN **** THAT NIGGA." *See* Figure 1 below.




***Fig. 1.***

6. Utah Valley University was the site of the assassination of Charlie Kirk during a political event on that campus on September 10, 2025. A gunman shot Mr. Kirk in the neck during that event, ultimately killing him. *See* H. Schoenbaum & M. Brown, *Judge sends Charlie Kirk murder case to trial with defendant facing potential death penalty*, ABC7 New York (Sept. 1, 2026), https://abc7ny.com/post/charlie-kirk-shooting-judge-decide-tyler-robinson-will-stand-trial-killing/19774637/. Additionally, I believe the reference to "Q50" in the above-referenced post is a reference to the ambush shooting death of rapper Mikquale Cooper, also known as "Bloodhound Q50," in Chicago, Illinois on September 13, 2026. *See Chicago rapper identified as*

*man killed in South Side ambush shooting*, ABC7 Chicago (Sept. 14, 2026), https://abc7chicago.com/post/chicago-shooting-mikquale-cooper-idd-man-killed-tesla-wentworth-avenue-fuller-park-police-say/19829787/. Accordingly, each of the references in the above-referenced post refer to high-profile shootings.

7. On September 30, 2026, an Emergency Disclosure Request ("EDR") was submitted to X requesting information related to X account username "@askednreceived." On September 30, 2026, X responded to the EDR. According to X, the email account "camllewis@icloud.com" was listed on the X account.

8. A review of account postings by "@askednreceived" revealed the account owner possibly attended the University of South Alabama. On June 9, 2025, for example, the account posted, "USA being in Alabama is so fitting lol." On October 15, 2024, an image of the scoreboard of a football game between Troy University and the University of South Alabama appeared on the account. An open-source search for the game showed Troy University and the University of South Alabama played on October 15, 2025, at Hancock Whitney Stadium in Mobile.

9. A review of account postings by "@askednreceived" revealed the account owner was possibly working as a pharmacy technician. On June 8, 2024, for example, the account posted, "I work in a pharmacy why would my shit b rough." On December 13, 2023, the account posted, "most helpful pharmacy texhnician."

10. An open-source search for students at the University of South Alabama and pharmacy technicians identified a possible person of interest as **Cameron Lamark Lewis**. According to LinkedIn, **Lewis** is a student at the University of South Alabama studying biology and is a pharmacy technician at Walgreens.

11. A review of the X account username "@askednreceived" revealed a listed birthday for the account owner as [redacted] A query of the Alabama Department of Motor Vehicles system found **Cameron Lamark Lewis**, date of birth [redacted] with a listed address of [redacted] Mobile, Alabama 36609.

12. On October 1, 2026, FBI Task Force Officer Julian Nettles requested information from Sergeant Richard Burns of the University of South Alabama Police Department ("USAPD"). Sgt. Burns provided the following information about **Lewis**: "Cameron Lewis date of birth [redacted] [redacted] [the **PREMISES**], Current USA Student majoring in Philosophy, telephone number [redacted]-7801."

13. On October 1, 2026, FBI Mobile sent an EDR request to Apple Inc. ("Apple") for information related to email address "[redacted]@icloud.com." On October 1, 2026, Apple responded to the EDR. According to Apple, the phone number listed on the account was [redacted] 7801. The account owner was listed as "Cameron Lewis." There was no family sharing enabled on the account.

14. On October 1, 2026, Sgt. Burns of USAPD provided FBI Mobile with a log of **Lewis's** campus access audit trail, which included access by **Lewis** to the Epsilon 2 Residence Halls as recently as 4:06 pm on October 1, 2026. *See* Figure 2 below. According to University records provided to FBI Mobile by Sgt. Burns, **Lewis** resides at [redacted] currently.

| | | | | |
|---|---|---|---|---|
| 10/1/2026 12:04:22 AM | Access granted | [redacted] | Cameron Lewis | 5/15856 |
| 10/1/2026 12:04:22 AM | Access granted | [redacted] | Cameron Lewis | 5/15856 |
| 10/1/2026 12:04:22 AM | Entry assumed | [redacted] | Cameron Lewis | 5/15856 |
| 10/1/2026 12:04:22 AM | Entry assumed | [redacted] | Cameron Lewis | 5/15856 |
| 10/1/2026 12:04:46 AM | Access granted | [redacted] | Cameron Lewis | 5/15856 |
| 10/1/2026 12:04:46 AM | Access granted | [redacted] | Cameron Lewis | 5/15856 |
| 10/1/2026 12:04:46 AM | Entry assumed | [redacted] | Cameron Lewis | 5/15856 |
| 10/1/2026 12:04:46 AM | Entry assumed | [redacted] | Cameron Lewis | 5/15856 |
| 10/1/2026 7:56:47 AM | Access granted | [redacted] | Cameron Lewis | 5/15856 |
| 10/1/2026 7:56:47 AM | Access granted | [redacted] | Cameron Lewis | 5/15856 |
| 10/1/2026 7:56:47 AM | Entry assumed | [redacted] | Cameron Lewis | 5/15856 |
| 10/1/2026 7:56:47 AM | Entry assumed | [redacted] | Cameron Lewis | 5/15856 |
| 10/1/2026 2:40:47 PM | Access granted | [redacted] | Cameron Lewis | 5/15856 |
| 10/1/2026 2:40:47 PM | Access granted | [redacted] | Cameron Lewis | 5/15856 |
| 10/1/2026 2:40:47 PM | Entry assumed | [redacted] | Cameron Lewis | 5/15856 |
| 10/1/2026 2:40:47 PM | Entry assumed | [redacted] | Cameron Lewis | 5/15856 |
| 10/1/2026 2:41:38 PM | Access granted | [redacted] | Cameron Lewis | 5/15856 |
| 10/1/2026 2:41:38 PM | Access granted | [redacted] | Cameron Lewis | 5/15856 |
| 10/1/2026 2:41:38 PM | Entry assumed | [redacted] | Cameron Lewis | 5/15856 |
| 10/1/2026 2:41:38 PM | Entry assumed | [redacted] | Cameron Lewis | 5/15856 |
| 10/1/2026 4:06:51 PM | Access granted | [redacted] | Cameron Lewis | 5/15856 |
| 10/1/2026 4:06:51 PM | Access granted | [redacted] | Cameron Lewis | 5/15856 |
| 10/1/2026 4:06:51 PM | Entry assumed | [redacted] | Cameron Lewis | 5/15856 |
| 10/1/2026 4:06:51 PM | Entry assumed | [redacted] | Cameron Lewis | 5/15856 |

*Fig. 2*.

15. Based on the facts set forth in this affidavit, I believe that there is probable cause that **Lewis** violated 18 U.S.C. § 871 (Threats against the President). Accordingly, I request that this Court issue a warrant for **Lewis's** arrest.



SEALED

## CONCLUSION

16. Based on the foregoing, probable cause exists that a violation of 18 U.S.C. § 871 (Threats against the President) have been committed by **Cameron Lamark Lewis**.

Respectfully submitted,

Lydia Blount
Special Agent
Federal Bureau of Investigation

THE ABOVE AGENT HAS ATTESTED TO THIS AFFIDAVIT PURSUANT TO FED. R. CRIM. P. 4.1(b)(2)(B) THIS 2 DAY OF OCTOBER 2026.

KATHERINE P. NELSON
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT SOUTHERN DISTRICT OF ALABAMA

Certified to be a true and correct copy of the original.
Christopher Ekman
U.S. District Court
Southern District of Alabama
By: Edwina Crawford
Deputy Clerk
Date: October 02, 2026



SEALED