AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Alabama

Certified to be a true and correct copy of the original. Christopher Ekman U.S. District Court Southern District of Alabama
By: Edwina Crawford
Deputy Clerk
Date: October 02, 2026

United States of America
v.
Cameron Lamark Lewis,
aka "askednreceived"

*Defendant*

Case No. 26-MJ- 332-N

Filed Under Seal

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* Cameron Lamark Lewis, aka "askednreceived",
who is accused of an offense or violation based on the following document filed with the court:

❒ Indictment ❒ Superseding Indictment ❒ Information ❒ Superseding Information ☑ Complaint
❒ Probation Violation Petition ❒ Supervised Release Violation Petition ❒ Violation Notice ❒ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 871 - Threats against the President

Date: October 2, 2026 12:18 am

*Issuing officer's signature*

City and state: Mobile, Alabama

Katherine P. Nelson, U.S. Magistrate Judge
*Printed name and title*

**Return**

This warrant was received on *(date)* ________, and the person was arrested on *(date)* ________
at *(city and state)* ________.

Date: ________

*Arresting officer's signature*

*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

***(Not for Public Disclosure)***

Name of defendant/offender: Cameron Lamark Lewis, aka

Known aliases: askednreceived

Last known residence: [redacted] Mobile, AL 36609

Prior addresses to which defendant/offender may still have ties: [redacted]

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth: [redacted]

Social Security number:

Height: Weight:

Sex: Male Race:

Hair: Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address: Federal Bureau of Investigation

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: